Argued and submitted August 27, affirmed November 13, 2003

STATE OF OREGON,
*Respondent,*

*v.*

ALLEN PRINCEHOUSE,
*Appellant.*

001239954; A115668

79 P3d 347

David E. Groom, Acting Executive Director, Office of Public Defense Services, and Jennelle Meeks Barton, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *State v. McCoin,* 190 Or App 532, 79 P3d 342 (2003).